| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T. | 2. Court or Organization<br><br>Western District of Louisiana | 3. Date of Report<br><br>06/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　President | Colonel J. George & S. Saloom Hannie Community Home, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 6/28/2011-6/30/2011 | Las Vegas, NV | Seminar Speaker | Travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Pat Huckaby | Hunting Trip | $7,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | L | T | | | | | |
| 2. Farmers Merchants Bank & Trust Account (Y) | | | | | | | | | |
| 3. Gulf Coast Bank CDs Account (Y) | | | | | | | | | |
| 4. Capital One Bank, NA CDs Account (Y) | | | | | | | | | |
| 5. Regions Bank CDs Account (Y) | | | | | | | | | |
| 6. Home Bank CDs Account (Y) | | | | | | | | | |
| 7. Farmers Merchants Bank & Trust CDs Account (Y) | | | | | | | | | |
| 8. Capital One Bank, NA Accounts (Y) | | | | | | | | | |
| 9. Midsouth Bank, NA Accounts | A | Interest | L | T | | | | | |
| 10. Regions Bank Accounts (Y) | | | | | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. --Iberiabank Corp Common Stock | A | Dividend | J | T | | | | | |
| 14. --Rowan Cos Inc. Common Stock | | None | J | T | | | | | |
| 15. --Edward Jones Money Market Account | A | Dividend | K | T | | | | | |
| 16. Brokerage Account #2 | | | | | | | | | |
| 17. --San Juan Basin Royalty Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Xerox Capital Trust Capital Securities | A | Interest | | | Redeemed | 5/23/11 | J | A | |
| 19. --Capital Projects Fin Auth FL Bonds | A | Interest | | | Redeemed | 6/13/11 | J | A | |
| 20. --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 21. --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 22. --Hudson County, NJ Solid Waste Revenue Bonds | A | Interest | | | Redeemed | 1/24/11 | J | A | |
| 23. --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 24. --Port of New Orleans, LA Board of Commissioners | A | Interest | J | T | | | | | |
| 25. --Putnam Tax Exempt Income | A | Int./Div. | J | T | | | | | |
| 26. --St. Paul, MN Port Authority Industrial Revenue Bonds | B | Interest | J | T | | | | | |
| 27. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |
| 28. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 29. --Central Arizona Irrigation & Drainiage District Bonds | A | Interest | J | T | | | | | |
| 30. --Connecticut Development Authority Bonds | B | Interest | K | T | | | | | |
| 31. --East Carrol Parish, LA Law Enforcement Bonds | A | Interest | | | Matured | 4/1/11 | J | A | |
| 32. --Hammond-Tangipahoa Home Mortgage Bonds | A | Interest | | | Matured | 7/1/11 | J | A | |
| 33. --Lafayette, LA Public Trust Fin Auth Bonds | A | Interest | | | Matured | 4/1/11 | J | A | |
| 34. --Langhorne Manor Boro, PA Higher Education Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 36. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 37. --New Jersey Health Care Facilities Bonds | A | Interest | J | T | | | | | |
| 38. --St. Paul, MN Port Authority Bonds | C | Interest | J | T | | | | | |
| 39. --St. Paul, MN Port Auth Hsg & Red | B | Interest | J | T | | | | | |
| 40. --St. Tammany Parish, LA Hospital Bonds | A | Interest | | | Redeemed | 11/16/11 | J | A | |
| 41. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 42. --Shreveport, LA Water & Sewer Revenue Bonds | A | Interest | | | Matured | 12/1/11 | J | A | |
| 43. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |
| 44. --Tillman County, OK Revenue Bonds | A | Interest | | | Redeemed | 4/8/11 | K | A | |
| 45. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 46. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 47. --Tricom SA Guaranteed Note | | None | J | T | | | | | |
| 48. --Cablevision SA Notes | A | Interest | | | Redeemed | 4/7/11 | J | A | |
| 49. --Williams Communications Group (Y) | | | | | | | | | |
| 50. --Money Market Fund Investment Shares | A | Dividend | K | T | Sold (part) | 7/29/11 | K | A | |
| 51. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |
| 53.  --At Home Corp Subordinated Notes | | None | J | T | | | | | |
| 54.  --Capital Income Builder Fund A | B | Dividend | K | T | | | | | |
| 55.  --Rapides Fin Auth LA Revenue Cleco | B | Interest | K | T | | | | | |
| 56.  --Regions Financial Corp | A | Dividend | J | T | | | | | |
| 57.  --LA State Gas & Fuels Tax Ser A Revenue | A | Interest | J | T | | | | | |
| 58.  --Seligman National Municipal Fund (Y) | | | | | | | | | |
| 59.  --Home Bancorp, Inc. Stock | | None | J | T | | | | | |
| 60.  --Ultra Pure Technologies, Inc. Stock | | None | J | T | | | | | |
| 61.  --Louisiana Public Facilities Auth Rev Bonds | A | Interest | K | T | | | | | |
| 62.  --Katy Texas Inpdt School District Bonds | A | Interest | K | T | | | | | |
| 63.  --Frontier Communications Corp Stock | A | Dividend | J | T | | | | | |
| 64.  --Rivus Bond Fund (Y) | | | | | | | | | |
| 65.  --Columbia Tax Exempt Fund Class A (X) | A | Int./Div. | J | T | | | | | |
| 66.  --Iberia Parish LA Parishwide School Dist Rfdg Gen Obgln | A | Interest | K | T | Buy | 6/17/11 | J | | |
| 67.  --Lafayette LA Public Improvement Tax Rev | A | Interest | J | T | Buy | 11/17/11 | J | | |
| 68.  --Cutwater Select Income Fund (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Lafayette LA Public Trust Auth Rev (X) | A | Interest | K | T | | | | | |
| 70. --Midsouth Bancorp Inc. | A | Dividend | J | T | Buy | 9/6/11 | J | | |
| 71. Individual Retirement Account #1 | D | Dividend | N | T | | | | | |
| 72. --American Balanced Fund | | | | | | | | | |
| 73. --American Mutual Fund | | | | | | | | | |
| 74. --Capital World Growth & Income Fund | | | | | | | | | |
| 75. --Europacific Growth Fund | | | | | | | | | |
| 76. --Growth Fund of America | | | | | | | | | |
| 77. --Income Fund of America | | | | | | | | | |
| 78. --New Perspective Fund | | | | | | | | | |
| 79. --Washington Mutual Investors Fund | | | | | | | | | |
| 80. --American Funds Sh Term Bond Fund | | | | | | | | | |
| 81. Colonel J. George & S. Saloom Hannie | E | Distribution | M | W | | | | | |
| 82. BPL Visions, LLC formerly The McGeHee Group, LLC | | None | M | W | | | | | |
| 83. Oxford Partners, LLC | | None | J | W | | | | | |
| 84. Gordon Global Investments, LLC | | None | J | W | | | | | |
| 85. 1/3 Interest in Property Located in Vermilion Parish, LA | | None | J | W | | | | | See Note I in Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line#85 - This property was acquired through inheritance. There is no physical address for the property.

Part V, Line#1 - Pat Huckaby is a high school friend. I did pay for most of the gasoline costs for his vehicle to travel round trip for this trip, as well as most meals for both of us. It should be noted that Pat Huckaby is on my recusal list for many years before, during and after this trip.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard T. Haik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544